IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>                  Plaintiff, )<br>  )<br>     vs. )<br>  )<br>MERCEDES HORTON (D-03),  )<br>  )<br>                  Defendant. )<br>_____) | No. 3:01-cr-0069-HRH |

<u>ORDER TO RELEASE PFD FUNDS</u>

     Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

     The attached funds, in the amount of $1,098.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's criminal restitution.

     IT IS SO ORDERED.

     DATED at Anchorage, Alaska, this <u>19th</u> day of January, 2007.

                                          /s/ H. Russel Holland
                                          United States District Judge

---

[1] Clerk's Docket No. 325.