IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,          )
                                     )
     vs.                             )
                                     )
MERCEDES HORTON (D-03),              )
                                     )      No. 3:01-cr-0069-HRH
                 Defendant.          )
_____)
```

ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release the attached Permanent Fund Dividend[1] is hereby GRANTED.

The attached funds, in the amount of $1,646.00, shall be released from the Registry by the clerk of court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's criminal restitution.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>13th</u> day of December, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 328.